

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2015

No. 04-14-00862-CR

Noel Martinez **BALDERAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7108
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant Noel M. Balderas's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies that he sent copies of the brief and motion to withdraw to Balderas with a letter explaining his rights to review the record, file a pro se brief, and file a pro se petition for discretionary review if this court determines the appeal is frivolous. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). In addition, counsel states he advised appellant to immediately file a motion in this court if he wishes to review the appellate record and that he provided Balderas a form motion for this purpose. *See id.*

No timely request for record was filed in this court. If appellant desires to file a *pro se* brief, we **order** that he do so on or before **April 27, 2015**.

The State has filed a notice waiving its right to file a brief in this case unless appellant files a *pro se* brief. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court.

We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988) (holding that a motion to withdraw should not be ruled on before appellate court independently reviews the record to determine whether counsel's evaluation that the appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same); *see also Kelly*, 436 S.W.3d at 319 (appointed counsel's duties of representation do not cease when he files a motion to withdraw; counsel must continue to "act with competence, commitment and dedication to the interest of the client" until the court of appeals grants the motion). Accordingly, no new attorney will be appointed for appellant at this time.

We further **order** the clerk of this court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2015.

Keith E. Hottle
Clerk of Court